1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:    John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF THE          No.19MJ02100
    EXTRADITION OF
13                                COMPLAINT
    BATIR SOKUROQUA,
14                                FOR PROVISIONAL ARREST WITH
    A Fugitive from the          A VIEW TOWARDS EXTRADITION
15  Government of the            (18 U.S.C. § 3184); ORDER THEREON
    Czech Republic.
16

17

18  TO: Honorable Rozella A. Oliver
        United States Magistrate Judge
19      Central District of California

20      I, JOHN J. LULEJIAN, being duly sworn, depose and state that I

21  am an Assistant United States Attorney for the Central District of

22  California and act for the United States in fulfilling its

23  obligations to the Government of the Czech Republic pursuant to the

24  Treaty Between the United States and Czechoslovakia for the

25  Extradition of Fugitives from Justice, U.S.-Czech., July 2, 1925, 44

26  Stat. 2367; as amended by the Supplementary Extradition Treaty

27  Between the United States of America and Czechoslovakia, U.S.-Czech.,

28  Apr. 29, 1935, 49 Stat. 3253; and the Second Supplementary Treaty on

FILED
CLERK, U.S. DISTRICT COURT

MAY 20 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

1    Extradition Between the United States of America and the Czech

2    Republic, U.S.-Czech., May 16, 2006, S. Treaty Doc. No. 109-14 (2006)

3    (collectively the "Treaty"), with respect to the fugitive, BATIR

4    SOKUROQUA ("SOKUROQUA").

5        In accordance with Title 18, United States Code, Section 3184, I

6    charge on information and belief as follows:

7        1.   That Article XI of the Treaty provides for the provisional

8    arrest and detention of alleged fugitives pending the submission of a

9    formal request for extradition and supporting documents.

10       2.   That in accordance with Article XI of the Treaty, the

11   Government of the Czech Republic has asked the United States for the

12   provisional arrest of SOKUROQUA with a view towards his extradition.

13       3.   That according to the information provided by the

14   Government of the Czech Republic, SOKUROQUA was tried and convicted

15   in absentia of the following offenses, and sentenced to a term of

16   imprisonment of 42 months by the District Court of Prague 9 on

17   October 15, 2013:

18          a.   Robbery, in violation of Sections 23 and 173(1) of the

19   Criminal Code of the Czech Republic ("Czech Criminal Code"); and

20          b.   Unauthorized Procurement, Counterfeiting and

21   Alteration of Means of Payment, in violation of Sections 23 and

22   234(1) of the Czech Criminal Code.

23       4.   That on or about December 5, 2013, after SOKUROQUA filed an

24   appeal, the Metropolitan Court in Prague affirmed his conviction and

25   sentence.

26       5.   That on or about March 26, 2014, a warrant for SOKUROQUA's

27   arrest was issued.

28

1        6.   That the offenses for which SOKUROQUA's provisional arrest

2    are sought were committed within the jurisdiction of the Czech

3    Republic and are covered by Article II of the Extradition Treaty.

4        7.   That SOKUROQUA was convicted <u>in absentia</u> on the basis of

5    the following facts:

6        a.   On December 28, 2012, a woman working with SOKUROQUA

7    (an accomplice/co-defendant) lured a victim to an apartment in

8    Prague, where SOKUROQUA and another male (a co-defendant) were lying

9    in wait.  The woman then left.

10       b.   After the victim entered the apartment, SOKUROQUA and

11   his male co-defendant, both of whom were wearing knitted balaclavas

12   on their heads and carrying weapons (SOKUROQUA a pistol and his co-

13   defendant a knife) immobilized the victim, handcuffed him, tied him

14   to a chair, put adhesive tape over his mouth and partially around his

15   nose, and covered his face with a cap.

16       c.   SOKUROQUA and his co-defendant told the victim that

17   they would release him if he gave them $10,000 USD.  They then

18   searched the victim and took his vehicle keys, cellular telephone,

19   and two wallets.

20       d.   Next, SOKUROQUA and his co-defendant searched the

21   victim's car and took another cellular telephone that they found

22   there.

23       e.   They returned to the apartment and again demanded

24   $10,000 USD, threatening to kill the victim if he did not produce the

25   money.  When the victim said that he did not have that much money,

26   SOKUROQUA and his co-defendant stole from the victim 300 Euros

27   located in his wallet, a MasterCard, and a VISA card.  Threatening

28

1  force, they made the victim to provide the PIN codes for those credit
2  cards.

3         f.   SOKUROQUA left the apartment and returned
4  approximately two to three hours later, after making cash withdrawals
5  totaling 40,000 CZK with the victim's credit cards.

6         g.   SOKUROQUA and his co-defendant threatened to keep the
7  victim detained for two to three more days so that they could
8  withdraw additional money each day.  However, the victim told
9  SOKUROQUA and his co-defendant that he had a meeting and his
10  colleagues would alert the police if he did not contact them.

11         h.   SOKUROQUA and his co-defendant discussed whether to
12  let the victim go or to kill him.  They also discussed taking his
13  car, but the victim told them that it had GPS, by which they could be
14  located.

15         i.   Ultimately, SOKUROQUA and his co-defendant decided to
16  leave and warned the victim not to go to the police.  The victim
17  begged them to return his work phone, and they decided to return both
18  of his phones after removing the SIM cards from each.  They also
19  returned the victim's keys and ordered him to stay in the apartment
20  for twenty minutes before leaving.  As soon as they left, the victim
21  called the police.

22         j.   Upon investigation, the police determined that the
23  cellular telephone which SOKUROQUA had previously used to communicate
24  with his female accomplice/co-defendant was located at the scene of
25  the crime at the time of its commission.  They also identified a
26  recording of SOKUROQUA withdrawing cash.  Two childhood friends of
27  SOKUROQUA and another acquaintance of his identified photographs of
28  him taken from a metro stop in Prague on December 26, 2012, two days

1  before the crime.  In addition, SOKUROQUA's female accomplice/co-
2  defendant identified a photograph of SOKUROQUA.  Both of SOKUROQUA's
3  co-defendants were convicted in the Czech Republic.

4      8.    That after the commission of the above crime, United States
5  immigration authorities detained SOKUROQUA and initiated proceedings
6  to remove him from the United States.  On April 25, 2019, the
7  Honorable Tara Nawelow-Nahas, United States Immigration Judge ordered
8  that SOKUROQUA, who is a Russian citizen, be removed from the
9  United States to the Russian Federation.  The immigration court noted
10 that SOKUROQUA had withdrawn his applications for relief and waived
11 his right to appeal the removal order.

12     9.    That pending his removal, SOKUROQUA is in immigration
13 custody at Theo Lacy Facility, 501 The City Drive South, Orange,
14 California 92868, and thus may be found within the Central District
15 of California.

16     10.   That the Government of the Czech Republic has represented
17 that it will submit a formal request for extradition supported by the
18 documents specified in the Treaty, within the time required under the
19 Treaty.

20     WHEREUPON, complainant requests that a warrant be issued, based
21 on probable cause, pursuant to Title 18, United States Code,
22 Section 3184, for the arrest of SOKUROQUA and the extradition treaty
23 between the United States and the Czech Republic, and that this
24 complaint and the warrant be placed under the seal of the Court,
25 \\
26 \\
27 \\
28 \\

1    except as disclosure is needed for its execution, until such time as

2    the warrant is executed.

3

4    DATED: This 20th day of May, 2019, at Los Angeles, California.

5                                    Respectfully submitted,

6                                      NICOLA T. HANNA
                                       United States Attorney

7

8                                      LAWRENCE S. MIDDLETON
                                     Assistant United States Attorney
                                     Chief, Criminal Division

9

10                                     /s/
                                   _____

11                                     JOHN J. LULEJIAN
                                     Assistant United States Attorney

12                                     Attorneys for Complainant
                                    UNITED STATES OF AMERICA

13

14    Subscribed and sworn to before
     me this 20th day of May, 2019.

15

16

          **ROZELLA A. OLIVER**

17    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28