FILED
2019 MAY 23 AM 9: 1
CLERK U.S. ...
CENTRAL DIST. OF
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | 19MJ02100 |
| V. Batir Sokuroqua | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: May 23, 2019 07:30 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 3184 Extradition

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes  Language: Russian

7. Year of Birth: 1987

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Ninetta Smith

10. Remarks (if any): _____

11. Name: Daniel Donoso  (please print)

12. Office Phone Number: 213 305-7755

13. Agency: USMS

14. Signature: _____

15. Date: May 23, 2019

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION